No. 143, Misc. DUFFY v. NEW YORK. Court of Appeals of New York. Certiorari denied. Petitioner pro se. *Isidore Dollinger* and *Bertram R. Gelfand* for respondent.

No. 168, Misc. CHATFIELD v. HARRIS, U. S. DISTRICT JUDGE, ET AL. C. A. 9th Cir. Certiorari denied.

No. 175, Misc. MARTIN v. KENTUCKY ET AL. C. A. 6th Cir. Certiorari denied. *John P. Sandidge* for petitioner. *Robert Matthews*, Attorney General of Kentucky, and *George F. Rabe*, Assistant Attorney General, for respondents.

No. 188, Misc. HALL v. ILLINOIS. C. A. 7th Cir. Certiorari denied. Petitioner pro se. *William G. Clark*, Attorney General of Illinois, and *Richard A. Michael*, Assistant Attorney General, for respondent.

No. 192, Misc. CARCERANO v. GLADDEN, WARDEN. C. A. 9th Cir. Certiorari denied. Petitioner pro se. *Robert Y. Thornton*, Attorney General of Oregon, and *C. L. Marsters*, Assistant Attorney General, for respondent.

No. 201, Misc. DIXON v. PATE, WARDEN. C. A. 7th Cir. Certiorari denied. *John Kaplan* for petitioner. *William G. Clark*, Attorney General of Illinois, and *Richard A. Michael*, Assistant Attorney General, for respondent.

No. 264, Misc. MORGAN v. CALIFORNIA. Supreme Court of California. Certiorari denied. Petitioner pro se. *Thomas C. Lynch*, Attorney General of California, *Arlo E. Smith*, Chief Assistant Attorney General, and *Albert W. Harris, Jr.*, and *Edward P. O'Brien*, Deputy Attorneys General, for respondent.